IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAVID HOWARD                                                                                    PLAINTIFF

V.                                                                        CASE NO.: 4:15CV083-SA-JMV

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.                      DEFENDANT

ORDER DISMISSING ACTION BY STIPULATION

The parties have filed a joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a). Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that this action be dismissed with prejudice and all pending motions terminated. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that further litigation is necessary.

This the 6th day of October, 2016.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**